**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**MANINGO LAW**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (702) 626-4646
lance@maningolaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN DOUGLAS, an individual;<br><br>                      Plaintiff,<br><br>     vs.<br><br>TDS FINANCIAL, LLC, a foreign limited-liability company; TYLER STONE, individually;<br><br>                      Defendants. | Case No.:   2:23-cv-00425-APG-BNW |

**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**

Plaintiff Evelyn Douglas ("Plaintiff" or "Douglas"), by and through her counsel of record, Kevin L. Hernandez, Esq., of the Law Office of Kevin L. Hernandez; and Defendants TDS Financial, LLC and Tyler Stone (collectively "Defendants"), by and through their counsel of record, James A. Beckstrom, Esq., with the law firm of Beckstrom & Beckstrom, LLP and Lance A. Maningo, Esq., with Maningo Law (collectively the "Parties"), hereby stipulate and agree as follows:

1.     Plaintiff filed this action on March 22, 2023, and Defendants' responsive pleading deadline was April 17, 2023.

2. Counsel for Defendants have been retained by Beckstrom & Beckstrom, LLP and Maningo Law regarding the above lawsuit to serve as local counsel.

3. Lead counsel for Defendants is licensed in California and will be submitting the necessary Pro Hac Vice application to this Court.

4. The delay in submitting this Stipulation to the Court was the result of lead counsel for Defendants being hospitalized, which resulted in a delay and need for additional time to meaningfully respond to the Complaint.

5. Based on lead counsel's medical condition and upon stipulation of the Parties, Defendants are seeking a three-week extension to file a responsive pleading.

6. The Parties stipulate and agree that Defendants' time to file a responsive pleading shall be extended until May 8, 2023.

Dated this 19th day of April 2023.

**BECKSTROM & BECKSTROM, LLP**

By: /s/   James A. Beckstrom
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 So. 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com

**MANINGO LAW**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 So. 4th Street, Suite 650
Las Vegas, Nevada 89101
lance@maningolaw.com

*Attorneys for Defendants*

Dated this 19th day of April 2023.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

By: /s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

**ORDER**

**IT IS HEREBY ORDERED.**

Dated this __20th__ day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE