**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**MANINGO LAW**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (702) 626-4646
lance@maningolaw.com

**BARTELL, HENSEL & GRESSLEY**
Donald J. Hensel, Esq. (California SB #110670)
5053 La Mart Drive, Suite 201
Riverside, CA 92507
Telephone: (951) 788-2230
Djh7856@aol.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN DOUGLAS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TDS FINANCIAL, LLC, a foreign limited-liability company; TYLER STONE, individually;<br><br>Defendants. | Case No.: 2:23-cv-00425-APG-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Evelyn Douglas ("Plaintiff"), by and through her counsel of record, Kevin L. Hernandez, Esq., of the Law Office of Kevin L. Hernandez; and Defendants TDS Financial, LLC and Tyler Stone ("Defendants"), by and through their counsel of record, James A. Beckstrom, Esq., of the law firm of Beckstrom & Beckstrom, LLP, Lance A. Maningo, Esq., of Maningo Law

and Donald J. Hensel, Esq., of the law firm of Bartell, Hansel & Gressley; (collectively the "Parties"), hereby stipulate and agree as follows:

1. The Parties hereby dismiss the above-entitled matter with prejudice, having resolved all claims and allegations set forth within this action; and

2. The Parties shall each bear their own attorney fees and costs.

**IT IS SO STIPULATED**.

Dated this 26th day of October 2023.               Dated this 26th day of October 2023.

**BECKSTROM & BECKSTROM, LLP**                     **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: /s/   James A. Beckstrom                       By: /s/  Kevin L. Hernandez
   James A. Beckstrom, Esq.                           Kevin L. Hernandez, Esq.
   Nevada Bar No. 14032                               Nevada Bar No. 12594
   400 So. 4th Street, Suite 650                     8920 W. Tropicana Avenue, Suite 101
   Las Vegas, Nevada 89101                           Las Vegas, Nevada 89147
   jb@beckstromlaw.com                               kevin@kevinhernandezlaw.com
                                                     *Attorneys for Plaintiff*

**MANINGO LAW**
   Lance A. Maningo, Esq.
   Nevada Bar No. 6405
   400 So. 4th Street, Suite 650
   Las Vegas, Nevada 89101
   lance@maningolaw.com

**BARTELL, HENSEL & GRESSLEY**
   Donald J. Hensel, Esq. (California SB #110670)
   5053 La Mart Drive, Suite 201
   Riverside, CA 92507
   Djh7856@aol.com

   *Attorneys for Defendants*

/ / /

/ / /

IT IS SO ORDERED:

Dated: October 30, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

/ / /

/ / /